IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSICA MORRIS : CIVIL ACTION
:
VS. : NO. 02-3787
:
MARK FIEDLER

**ORDER**

AND NOW, this 6th day of NOVEMBER, 2002, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable J. Curtis Joyner to the Honorable John R. Padova, as related to Civil Action No. 02-3658.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court